IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| U.A. LOCAL NO. 467 PENSION TRUST FUND, et al., | No. C 10-04113 SBA |
| Plaintiffs, | ORDER OF REFERENCE TO MAGISTRATE JUDGE |
| v. | |
| SOUTH CITY REFRIGERATION, | |
| Defendant. | |

Plaintiff's Application and Order for Appearance and Examination filed on January 15, 2014, is hereby referred to a United States Magistrate Judge for handling.  The hearing noticed for February 20, 2014, is vacated.  Counsel will be advised of the date, time and place of such proceedings by notice from the assigned Magistrate Judge.

Dated: 1/16/2014.

SAUNDRA BROWN ARMSTRONG
United States District Judge

United States District Court
For the Northern District of California